Douglas L. **COX**, Appellant,

v.

Lowry L. **CATON**, Respondent.

No. WD 54111.

Missouri Court of Appeals,
Western District.

April 21, 1998.

Rehearing Overruled June 2, 1998.

Douglas L. Cox, Independence, pro se.

John J. Hager, Kansas City, for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### ORDER

**PER CURIAM.**

Douglas L. Cox appeals the circuit court's judgment in favor of Lowry L. Caton, respondent, denying his claim for damages for the respondent's failure to return his lease security deposit in accordance with § 535.300, RSMo 1994.

Judgment affirmed. Rule 84.16(b).